```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 61535
   MINA MORAG
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-8048

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/16/2005 and was confirmed 01/05/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  18.79% from remaining funds.

      The case was dismissed after confirmation 07/26/2007.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------------
EVA RUBINOWICZ           SECURED           1620.00         41.48         1620.00
IVANA ROMAN              SECURED           3500.00         29.03         1134.00
SILVIO AVYAM             SECURED           3239.99         82.97         3239.99
WASHINGTON MUTUAL        CURRENT MORTG         .00           .00             .00
WASHINGTON MUTUAL        NOTICE ONLY     NOT FILED           .00             .00
AMERICAN EXPRESS TRAVEL  UNSECURED          4468.84          .00             .00
BANK OF AMERICA NA       UNSECURED       NOT FILED           .00             .00
BANK ONE                 UNSECURED       NOT FILED           .00             .00
CAPITAL ONE              UNSECURED         12181.03          .00             .00
CHASE MANHATTAN MORTGAGE UNSECURED       NOT FILED           .00             .00
RESURGENT CAPITAL SERVIC UNSECURED          6131.98          .00             .00
B-LINE LLC               UNSECURED          4998.33          .00             .00
DISCOVER FINANCIAL SERVI UNSECURED          4841.23          .00             .00
DISCOVER FINANCIAL SERVI UNSECURED          6039.88          .00             .00
DISCOVER FINANCIAL SERVI UNSECURED          2871.38          .00             .00
ENH MEDICAL GROUP        UNSECURED       NOT FILED           .00             .00
EVANSTON NORTHWESTERN HE UNSECURED       NOT FILED           .00             .00
MBNA AMERICA             UNSECURED       NOT FILED           .00             .00
MBNA AMERICA             UNSECURED       NOT FILED           .00             .00
MEDICAL IMAGING          UNSECURED       NOT FILED           .00             .00
PINNACLE MANAGEMENT SER  UNSECURED       NOT FILED           .00             .00
RESURGENT CAPITAL SERVIC UNSECURED         16210.72          .00             .00
GRAND VICTORIA CASINO    UNSECURED       NOT FILED           .00             .00
RADIATION MEDICINE       UNSECURED       NOT FILED           .00             .00
PAUL M BACH              DEBTOR ATTY       1,400.00                       898.51
TOM VAUGHN               TRUSTEE                                          417.98
DEBTOR REFUND            REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
```

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 61535 MINA MORAG

```
TRUSTEE                                    7,463.96

PRIORITY                                                          .00
SECURED                                                      5,993.99
    INTEREST                                                   153.48
UNSECURED                                                         .00
ADMINISTRATIVE                                                 898.51
TRUSTEE COMPENSATION                                           417.98
DEBTOR REFUND                                                     .00
                                     ----------------  ----------------
TOTALS                                     7,463.96          7,463.96
```

  Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
  Dated: 10/23/07                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 05 B 61535 MINA MORAG